## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

|  |  |  |
|---|---|---|
| ANDRES GOMEZ, | ) | Case No.  20-cv-07023-MCA-LDW |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| | ) | **NOTICE OF VOLUNTARY** |
| vs. | ) | **DISMISSAL** |
| | ) | |
| SB ONE BANCORP, RICHARD BRANCA, | ) | |
| SALVATORE A. DAVINO, ANTHONY | ) | |
| LABOZZETTA, MICHAEL F. LOMBARDI, | ) | |
| ROBERT MCNERNEY, PATRICK E. BRADY, | ) | |
| EDWARD J. LEPPERT, MICHAEL X. | ) | |
| MCBRIDE, DOMINICK J. D'AGOSTA, | ) | |
| MARK J. HONTZ, WALTER E. LOEFFLER, | ) | |
| and PETER A. MICHELOTTI, | ) | |
| | ) | |
| Defendants. | ) | |

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i),

plaintiff Andres Gomez ("Plaintiff") voluntarily dismisses the claims in the captioned action (the

"Action") with prejudice. Because this notice of dismissal is being filed with the Court before

service by defendants of either an answer or a motion for summary judgment, Plaintiff's dismissal

of the Action is effective upon the filing of this notice.

Dated:  February 16, 2021

**WEISSLAW LLP**

By  *s/ Mark. D. Smilow*
Mark. D. Smilow
Richard A. Acocelli (to be admitted *pro hac vice*)
1500 Broadway, 16th Floor
New York, New York 10036
Tel: (212) 682-3025
Fax: (212) 682-3010
Email: msmilow@weisslawllp.com

*Attorneys for Plaintiff*