UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| ANDRES GOMEZ,<br><br>               Plaintiff,<br><br>     vs.<br><br>SB ONE BANCORP, RICHARD BRANCA, SALVATORE A. DAVINO, ANTHONY LABOZZETTA, MICHAEL F. LOMBARDI, ROBERT MCNERNEY, PATRICK E. BRADY, EDWARD J. LEPPERT, MICHAEL X. MCBRIDE, DOMINICK J. D'AGOSTA, MARK J. HONTZ, WALTER E. LOEFFLER, and PETER A. MICHELOTTI,<br><br>               Defendants. | Case No. 20-cv-07023-MCA-LDW<br><br>**NOTICE OF VOLUNTARY DISMISSAL** |

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), plaintiff Andres Gomez ("Plaintiff") voluntarily dismisses the claims in the captioned action (the "Action") with prejudice. Because this notice of dismissal is being filed with the Court before service by defendants of either an answer or a motion for summary judgment, Plaintiff's dismissal of the Action is effective upon the filing of this notice.

Dated: February 16, 2021

                                           **WEISSLAW LLP**

                                         By  *s/ Mark. D. Smilow*
                                                Mark. D. Smilow
                                                Richard A. Acocelli (to be admitted *pro hac vice*)
                                                1500 Broadway, 16th Floor
                                                New York, New York 10036
                                                Tel: (212) 682-3025
                                                Fax: (212) 682-3010
                                                Email: msmilow@weisslawllp.com

                                                *Attorneys for Plaintiff*

                                                SO ORDERED

                                                  *s/Madeline Cox Arleo*
                                                MADELINE COX ARLEO, U.S.D.J.

                                                Date: 2/17/21